# Court of Appeals
## Tenth Appellate District of Texas

10-25-00190-CV

Leonard D. Shapiro,
Appellant

v.

Daniel Lee Alford, III and Michael Bruce Alford,
Appellees

On appeal from the
335th District Court of Burleson County, Texas
Judge Carson T. Campbell Jr., presiding
Trial Court Cause No. 31524

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Leonard D. Shapiro, appealed from a final judgment signed by the trial court on March 24, 2025. On June 24, 2025, Appellant was notified that a docketing statement is required to be completed and returned to this Court within 21 days of that date. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. By letter dated July 22, 2025, the Clerk of this Court notified Appellant that the docketing statement has not been filed

and warned him that the Court may dismiss the appeal without further notice if a docketing statement was not filed within twenty-one days from the date of the letter.  *See* TEX. R. APP. P. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement.  Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortg., LLC*, No. 10-05-00322-CV, 2005 Tex. App. LEXIS 9614, at *1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing an appeal for failure to file a docketing statement).

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  August 14, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
CV06

